| | |
|---|---|
| 1 | DENISE BOURGEOIS HALEY |
| 2 | ATTORNEY AT LAW 143709 |
|   | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | 12631 EAST IMPERIAL HIGHWAY, SUITE C-115 |
|   | SANTA FE SPRINGS, CALIFORNIA  90670-4712 |
| 4 | TEL: 562/868-5886 |
|   | FAX:  562/868-5491 |
| 5 | E-MAIL: rohlfing_office@speakeasy.net |
| 6 | Attorney for plaintiff |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISON

| | | |
|---|---|---|
| ANDREA R. TROUPE, | ) | Case No. CV 08-3616 (PJW) |
|  | ) |  |
| Plaintiff, | ) | ORDER DISMISSING CASE WITH |
| vs. | ) | PREJUDICE |
|  | ) |  |
| MICHAEL J. ASTRUE, | ) |  |
| COMMISSIONER SOCIAL | ) |  |
| SECURITY, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED:  1/15/09

_Patrick J. Walsh_
_____
UNITED STATES MAGISTRATE JUDGE

-1-